UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC COX                                                CIVIL ACTION

VERSUS                                                  NUMBER: 14-0514

MARLIN GUSMAN, ET AL.                                   SECTION: "E"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff's claims against Sheriff Gusman and the Orleans Parish Prison are dismissed as frivolous and for failing to state a claim under 28 U.S.C. §§1915(e) and 1915A and 42 U.S.C. §1997e.

**New Orleans, Louisiana, this** 21st **day of** August **, 2014.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**